# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D2023-2731
Lower Tribunal No. 2023-CC-003657-O
_____

MONIQUE HENRY,

Appellant,

v.

MELYNDA HENRY,

Appellee.

_____

Appeal from the County Court for Orange County.
Elizabeth J. Gibson, Judge.

November 8, 2024

PER CURIAM.

AFFIRMED. *See* Fla. R. App. P. 9.315(a).

WHITE and SMITH, JJ., and LAMBERT, B.D., Associate Judge, concur.


Monique Henry, Orlando, pro se.

No Appearance for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED